1   EDMUND G. BROWN JR.
    Attorney General of California
2   MICHAEL W. JORGENSON
    Supervising Deputy Attorney General
3   CHARLES J. ANTONEN
    Deputy Attorney General
4   State Bar No. 221207
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5443
6     Fax:  (415) 703-5843
      E-mail:  Charles.Antonen@doj.ca.gov
7   *Attorneys for Defendants*
    *Adams, Curry, Dayalan, Friederichs, Nyenke, and*
8   *Trevino*

IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

4/13/2010

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14   **ROBERT SANTANA,**                    Case No. C 09-3226 JW

15                          Plaintiff,      **STIPULATION AND [PROPOSED]
                                            ORDER CONTINUING HEARING DATE**
16          v.                              **RE DEFENDANTS' MOTION TO
                                            DISMISS PLAINTIFF'S FIRST**
17                                          **AMENDED COMPLAINT**
     **STATE OF CALIFORNIA DEPARTMENT
18   OF CORRECTIONS AND
     REHABILITATION, et al.,**
19
                           Defendants.
20

21

22          Under Civil Local Rules 6-2 and 7-12, counsel for Plaintiff Robert Santana and Defendants

23   Adams, Curry, Dayalan, Friederichs, Nyenke, and Trevino stipulate to continue the hearing date

24   for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint from June 7, 2010 at

25   9:00 a.m. to September 20, 2010 at 9:00 a.m., which is the next available hearing date.  This

26   continuance is necessary and appropriate because of general medical issues involving Plaintiff's

27   ////

28   ////

                                                1

1    counsel.  This is the first time modification sought by the parties in this matter and the parties

2    anticipate this modification will have a negligible impact on the overall schedule of this case.

3         IT IS SO STIPULATED.

4    Dated: _____4/7/10_____

5                                                Robert D. Ponce
                                                 Counsel for Plaintiff
6                                                *Robert Santana*

7

8    Dated: _____4/8/10_____

9                                                Charles J. Antonen
                                                 Counsel for Defendants
10                                               *Adams, Curry, Dayalan,*
                                                 *Friederichs, Nyenke, and Trevino*
11

12

13        GOOD CAUSE APPEARING the hearing date of Defendants' Motion to Dismiss

14   Plaintiff's First Amended Complaint is continued to **September 27, 2010  at 9:00 AM** in this

15   Court.  Plaintiff' Opposition brief shall be filed with the Court on or before August 23, 2010 and

16   Defendants' reply brief shall be filed with the Court on or before September 8, 2010.

17        PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

18

19   Dated: _____April 13, 2010_____

20                                               The Honorable James Ware

     SF2009202402
21   40448182.doc

22

23

24

25

26

27

28

                                              2

# CERTIFICATE OF SERVICE

Case Name:   **Santana v. CDCR, et al.**                 No.   **C 09-3226 JW**

I hereby certify that on **April 8, 2010**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 8, 2010**, at San Francisco, California.

L. Tra
Declarant

Signature

SF2009202402
40450078.doc