IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SANTANA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. C 09-3226 LHK<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a), with each party to bear their own attorneys' fees and costs.

Dated: 7/13/11

Robert D. Ponce
Counsel for Plaintiff
*Robert Santana*

Dated: 7/12/11

Charles J. Antonen
Counsel for Defendants
*Dayalan and Nyenke*

1

Stip. & [Proposed] Order of Dismissal (Case No. C 09-3226 LHK)

IT IS SO ORDERED

Dated: July 19, 2011

_____
The Honorable Lucy H. Koh

SF2009202402
20486985.doc